**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE:                                                                    Case No: 26-15518-EPK

CLIFF GRAHAM,                                                  Chapter 13

      Debtor

_____/

### EMERGENCY MOTION TO IMPOSE THE AUTOMATIC STAY

**[Hearing Requested before May 12, 2026 or soonest possible date in order to continue the automatic stay throughout the life of the Chapter 13 case in order to save the Debtor's homestead.]**

      **COMES NOW** the Debtor, CLIFF GRAHAM, by and through her undersigned attorney, and files this Emergency Motion to Impose the Automatic Stay, and as grounds states the following:

1.      The Debtor filed for Chapter 13 protection on October 13, 2022, Case No. 22-17921-MAM. This case was dismissed on July 21, 2023 (DE #92).

2.      The Debtor filed for Chapter 13 protection on November 3, 2023, Case No. 23-19097-MAM. The Debtor's plan was confirmed and he paid in $80,709.52. This case was dismissed on January 8, 2026 (DE #115) due to a loss of business revenue.

3.      The Debtor filed for Chapter 13 protection on February 19, 2026, Case No. 26-112039-MAM pro se. He was unaware that he needed to complete a credit counseling course prior to filing as he had no legal counsel. This case was dismissed on April 13, 2026 (DE #29).

4.      The Debtor filed the current Chapter 13, Case No. 26-15218-EPK on April 24, 2026, to save his homestead, completed the pre- filing credit counseling course and is filing a proper set of bankruptcy schedules and plan immediately.

5.      The Debtor filed the petition in good faith. The Debtor's change of circumstance was that the Debtor previously experienced loss of business income which affected his primary income to sustain his Chapter 13 plan payments. Since that time, the Debtor has obtained additional education, enabling him to secure more clients and increase his income. These additional sources of income have improved his overall monthly earnings, allowing him to successfully fund a new Chapter 13 case. See attached Affidavit Exhibit "A".

6.      The Debtor requests that the thirty-day automatic stay provided by 11 USC 362 (c)(3)(B) be extended to the conclusion of her Chapter 13 case.

7.      All creditors have been notified with this Motion and will not suffer any harm or prejudice by the granting this Motion.

      **WHEREFORE**, the Debtor, CLIFF GRAHAM, respectfully requests that this Court can grant the foregoing Emergency Motion to Impose the Automatic Stay, and enter an Order accordingly, plus any other relief that this Court deems just and proper.

### CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent either electronically or by U.S. Mail to: Office of the U.S. Trustee, U.S. Bankruptcy Court, 51 SW 1st Avenue, Room 1204, Miami, Florida 33130; Robin Weiner, Trustee, P.O. Box 559007, Ft. Lauderdale, FL 33355 and all creditors on the attached list this 5th day of May, 2026.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in local Rule 2090-1(A).

By:_____/s/ Drake Ozment_____
Drake Ozment, Esq.
Attorney for Debtor/Movant
FBN: 844519
2001 Palm Beach Lakes Blvd., Suite 500
West Palm Beach, FL 33409
Telephone: 561/689-6789
ecf@drakeozment.com

Exhibit "A"

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

IN RE:                                                                Case No: 26-15518-EPK

CLIFF GRAHAM,                                                  Chapter 13

      Debtor

_____ /

**<u>VERIFIED AFFIDAVIT OF CLIFF GRAHAM IN SUPPORT OF THE</u>**
**<u>MOTION TO IMPOSE AUTOMATIC STAY</u>**

STATE OF FLORIDA                                )
                                                                  )    SS
COUNTY OF PALM BEACH  )

     **BEFORE ME** the undersigned authority duly authorized to take acknowledgments personally appeared, CLIFF GRAHAM, who upon being duly sworn, deposes and states the following:

1.     I, CLIFF GRAHAM, am the Debtor in Case No.: 26-155518-EPK.

2.     I, CLIFF GRAHAM, filed the instant case on April 24, 2026. I had previously filed a voluntary Chapter 13 case on or about October 13, 2022 (Case # 22-17921-MAM) which this Court dismissed without prejudice on July 21, 2023 (DE# 92).

3.     I, CLIFF GRAHAM, had previously filed a voluntary Chapter 13 case on or about November 3, 2023 (Case # 23-19097-MAM) which this Court dismissed without prejudice on January 8, 2026 (DE #115) due to loss of business revenue.

4.     I, CLIFF GRAHAM, had previously filed a voluntary Chapter 13 case on or about February 19, 2026, pro se (Case # 26-112039-MAM) which this Court dismissed without prejudice on April 13, 2026 (DE #29). I was unaware that I needed to complete a credit counseling course prior to filing.

5.     I, CLIFF GRAHAM, filed this case in good faith to save my homestead.

6.     I, CLIFF GRAHAM, previously experienced loss of business income which affected my primary income to sustain the Chapter 13 plan payments. Since that time, I have obtained additional education, enabling me to secure more clients and increase my income. These additional sources of income have improved his overall monthly earnings, allowing me to fund a new Chapter 13 case.

FURTHER AFFIANT SAYETH NAUGHT.

_____
CLIFF GRAHAM

SWORN   TO   AND   SUBSCRIBED   BEFORE   ME   THIS   5th   DAY   OF
May, 2026, BY CLIFF GRAHAM.



WANDA K. DAVIS
Commission # HH 638674
Expires March 8, 2029

_____
NOTARY PUBLIC, STATE OF FLORIDA

MY COMMISSION EXPIRES:

Personally Known_____ or Produced Identification____✔_____
Type of Identification Produced_US Passport_____