UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                    Case No.   26-15218-EPK

CLIFF GRAHAM,

                                                          Chapter 13

                    Debtor                    /

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the *Emergency Motion to Extend the Automatic Stay and Notice of Hearing* was served on: Office of the U.S. Trustee, U.S., Bankruptcy Court, 51 S.W. 1st Avenue, Room 1204, Miami, Florida 33130; Robin Weiner, Trustee, P.O. Box 559007, Ft. Lauderdale, FL 33355; and all creditors listed on the attached list; in the manner indicated on Docket No.:10 & 11 was sent via electronically and or by US mail in accordance with Bankruptcy Rule 7004 on this 6th day of May, 2026.


**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).


OZMENT LAW PA
Attorney for Debtor
2001 Palm Beach Lakes Blvd., Suite 500
West Palm Beach, Florida 33409
(561) 689-6789

By:        /s/ Drake Ozment
           DRAKE OZMENT, Esq.
           FBN:   844519