Label Matrix for local noticing
113C-9
Case 26-15218-EPK
Southern District of Florida
West Palm Beach
Wed May  6 09:19:47 EDT 2026

Cross Creek Condominium Association, Inc.
2090 Palm Beach Lakes Blvd., Ste. 502
West Palm Beach, FL 33409-6507

CROSS CREEK CONDOMINIUM ASSOCIATION, INC
STOLOFF & MANOFF, P.A.
2090 Palm Beach Lakes Blvd., Ste. 502
West Palm Beach, FL 33409-6507

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850-5298

Cross Creek Condominium Assoc
c/o Stoloff & Manoff PA
1818 Australian Ave South, Ste 400
West Palm Beach, FL 33409-6447

Cross Creek Condominium Assoc Inc
1500 N Congress Ave
The Clubhouse
West Palm Beach, FL 33401-1717

D.B. Investments 3 LLC
409 SE 16 Court
Fort Lauderdale, FL 33316-2533

D.B. Investments 3, LLC
c/o Law Offices of Dane Stanish PA
3475 Sheridan St, Ste 209
Hollywood, FL 33021-3659

Don Schlichtmann
c/o Kalish & Jaggars, PLLC
2161 Palm Beach Lakes Blvd, Ste 309
West Palm Beach, FL 33409-6612

Drake Ozment, Esq
Ozment Law PA
2001 Palm Beach Lakes Blvd
Suite 500
West Palm Beach, FL 33409-6516

ECMC
PO Box 16408
Saint Paul, MN 55116-0408

Fifth Third Bank
Attn: Bankruptcy
Maildrop RCS83E 1830 E Paris Ave SE
Grand Rapids, MI 49546

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Palm Beach County Tax Collector
Attn Legal Services
PO Box 3715
West Palm Beach, FL 33402-3715

Quantum3 Group LLC
c/o Credit Corp Solutions Inc
PO Box 788
Kirkland, WA 98083-0788

Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161-0244

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

iThinkFinancial
Attn: Bankruptcy
Po Box 5090
Boca Raton, FL 33431-0890

Cliff Graham
PO Box 222055
West Palm Beach, FL 33422-2055

Donald Schlichtmann
c/o Kiem Law PLLC
8461 Lake Worth Rd #114
Lake Worth, FL 33467-2474

K Drake Ozment
2001 Palm Beach Lks Blvd #500
West Palm Beach, FL 33409-6516

Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355-9007

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25