**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

■ 7th _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Cliff Graham _____ JOINT DEBTOR: _____ CASE NO.: 26-15218-EPK _____

SS#: xxx-xx- 6058 _____ SS#: xxx-xx- _____

## I.    NOTICES

To Debtors:    Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans must be served on all creditors as required by Local Rule 2002-1(b) and a certificate of service must be filed as required by Local Rule 9036-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:    Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:    The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ■ Included | ☐ Not included |

## II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.    MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.    $3,546.30 _____ for months 1 to 54 ;

2.    $3,609.17 _____ for months 55 to 60 ;

**B.    DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: $6,600.00 | Total Paid: $1,800.00 | Balance Due: $4,800.00 |
|---|---|---|

Payable $480.00 /month (Months 1 to 10 )

Allowed fees under Local Rule 2016-1 are itemized below:
$800 inc $25 cost for M2Impose Stay; $800 inc $25 cost for m2set interest

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.    TREATMENT OF SECURED CLAIMS    ☐ NONE

**A.    SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| | |
|---|---|
| 1.  Creditor: Don Schlichtmann | |
| Address: c/o Kalish & Jaggars<br>2161 Palm Beach Lakes Blvd, Ste 309<br>WPB, FL 33409 | Arrearage/ Payoff on Petition Date   $75,374.40<br><br>Payoff (Including 10.0% monthly interest   $855.79 /month (Months 1 to 10 )<br><br>Payoff (Including 10.0% monthly interest   $1,335.79 /month (Months 11 to 60 ) |
| Last 4 Digits of Account No.: _____ none _____ | |

LF-31 (rev. 06/01/26)

Debtor(s): Cliff Graham                    Case number: 26-15218-EPK

Other:        $59,104.232 + 10% int

■ Real Property                                    Check one below for Real Property:

   ■ Principal Residence                           ☐ Escrow is included in the regular payments

   ☐ Other Real Property                           ■ The debtor(s) will pay   ■ taxes   ■ insurance directly

Address of Collateral:
1500 N Congress Ave West Palm Beach, FL 33401

☐ Personal Property/Vehicle

Description of Collateral:

---

2.  Creditor: D.B. Investments 3, LLC

    Address: c/o Law Offices of Dane        Arrearage/ Payoff on Petition Date    $44,485.20
             Stanish PA 3475 Sheridan
             St, Ste 209 Hollywood FL       Payoff (Including 8.44% monthly interest    $741.42    /month (Months  1  to 60 )
             33021

Last 4 Digits of
Account No.:            none

Other:        $36,188.66 + 8.44% = $44,485.20

■ Real Property                                    Check one below for Real Property:

   ■ Principal Residence                           ☐ Escrow is included in the regular payments

   ☐ Other Real Property                           ■ The debtor(s) will pay   ■ taxes   ■ insurance directly

Address of Collateral:
1500 N Congress Ave West Palm Beach, FL 33401
(Claim #12)

☐ Personal Property/Vehicle

Description of Collateral:

---

3.  Creditor: Cross Creek Condominium Assoc

    Address: c/o Stoloff & Manoff PA        Arrearage/ Payoff on Petition Date    $27,177.00
             1818 Australian Ave
             South, Ste 400 West Palm       Arrears Payoff (Inc 18% monthly interest    $452.95    /month (Months  1  to 60 )
             Beach FL 33409
                                            Regular Payment (Maintain)    $405.00    /month (Months  1  to 60 )

Last 4 Digits of
Account No.:            none

Other:        $17,837.33 + 18% int

■ Real Property                                    Check one below for Real Property:

   ■ Principal Residence                           ☐ Escrow is included in the regular payments

   ☐ Other Real Property                           ■ The debtor(s) will pay   ■ taxes   ■ insurance directly

Address of Collateral:
1500 N Congress Ave West Palm Beach, FL 3340
(Claim #1)

☐ Personal Property/Vehicle

Description of Collateral:

---

4.  Creditor: Santander Consumer USA

    Address: PO Box 961245                  Arrearage/ Payoff on Petition Date    $17,325.00
             Fort Worth TX

LF-31 (rev. 06/01/26)                          Page 2 of 5

PO Box 961245
Fort Worth TX
76161-1245

Payoff (Including 8.5% monthly interest) _____ $288.75 _____ /month (Months __1__ to __60__ )

Last 4 Digits of
Account No.: _____ 0387 _____

Other: _____

☐ Real Property                    Check one below for Real Property:

    ☐ Principal Residence          ☐ Escrow is included in the regular payments

    ☐ Other Real Property          ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

■ Personal Property/Vehicle

Description of Collateral: 2018 Lexus 300H (VIN #JTHBW1GG8J2194393) Claim #5

---

5.  Creditor: _____

    Address: _____

Arrearage/ Payoff on Petition Date _____

[Select Payment Type] _____ $0.00 _____ /month (Months ____ to ____ )

Last 4 Digits of
Account No.: _____

Other: _____

☐ Real Property                    Check one below for Real Property:

    ☐ Principal Residence          ☐ Escrow is included in the regular payments

    ☐ Other Real Property          ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

☐ Personal Property/Vehicle

Description of Collateral:

---

6.  Creditor: _____

    Address: _____

Arrearage/ Payoff on Petition Date _____

[Select Payment Type] _____ $0.00 _____ /month (Months ____ to ____ )

Last 4 Digits of
Account No.: _____

Other: _____

☐ Real Property                    Check one below for Real Property:

    ☐ Principal Residence          ☐ Escrow is included in the regular payments

    ☐ Other Real Property          ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

☐ Personal Property/Vehicle

Description of Collateral:

Debtor(s): Cliff Graham _____   Case number: 26-15218-EPK___

**B.   VALUATION OF COLLATERAL:**   ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU UNDER FED. R. BANKR. P. 3012(b)(1) AND 7004, AS REQUIRED BY LOCAL RULE 3012-1.

   **1. REAL PROPERTY:** ◼ NONE

   **2. VEHICLES(S):** ◼ NONE

   **3. PERSONAL PROPERTY:** ◼ NONE

**C.   LIEN AVOIDANCE** ◼ NONE

**D.   SURRENDER OF COLLATERAL:**   ☐ NONE

The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Secured claims filed by any creditor granted stay relief in this section will not receive a distribution from the chapter 13 trustee. The requirements of Fed. R. Bankr. P. 3002.1 will cease to apply to any claim listed in this section upon confirmation of this plan.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Fifth 3rd Bank | 2700 | Secured by savings account (Claiim #4) |

**E.   DIRECT PAYMENTS**   ☐ NONE

The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights. Secured claims filed by any creditor granted stay relief in this section will not receive a distribution from the chapter 13 trustee. The requirement of Fed. R. P. 3002.1 will cease to apply to any claim listed in this section upon confirmation of this plan.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | PBCTC | 2023 | 1500 N Congress Ave West Palm Beach, FL 33401 2024-2025 real estate taxes |
| 2. | FIG 25044 LLC | 2581 | 1500 N Congress Ave West Palm Beach, FL 33401 2025 real estate taxes (Claim #9) |

**IV.   TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ☐ NONE

   **A.   ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ◼ NONE

   **B.   INTERNAL REVENUE SERVICE:**   ☐ NONE

   | Total Due: $952.68 | Total Payment $1,131.60 |
   |---|---|
   | Payable: $47.15 | /month (Months 37 to 60 ) |

   **C.   DOMESTIC SUPPORT OBLIGATION(S):** ◼ NONE

   **D.   OTHER:** ◼ NONE

**V.   TREATMENT OF UNSECURED NONPRIORITY CREDITORS**   ☐ NONE

   **A.** Pay  $10.00  /month (Months 37 to 60 )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   **C.** SEPARATELY CLASSIFIED:   ◼ NONE

**VI.   STUDENT LOAN PROGRAM** ◼ NONE

**VII.   EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ◼ NONE

**VIII.   INCOME TAX RETURNS AND REFUNDS:**

LF-31 (rev. 06/01/26)                                          Page 4 of 5

Debtor(s): Cliff Graham _____    Case number: 26-15218-EPK

■ Debtor(s) will provide copies of yearly income tax returns to the chapter 13 trustee (but not file with the Court) no later than May 15th during the pendency of the chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) must increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims. [Fort Lauderdale/West Palm Beach Division cases]

**IX.    NON-STANDARD PLAN PROVISIONS** ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

The Debtor shall pay the priority IRS Claim $952.68 plus 7% int for total of $1,131.60.

_____

☐ Mortgage Modification Mediation

### PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____    Debtor    _____          _____    Joint Debtor    _____
Cliff Graham                                         Date                                                                                                         Date

/s/ Drake Ozment for the Debtor(s)          August 11, 2026
_____          _____
                                                                       Date
Attorney with permission to sign on
Debtor(s)' behalf who certifies that
the contents of the plan have been
reviewed and approved by the
Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

_____

[1]This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.